

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2021

No. 04-21-00268-CR

Sean Michael **EARL,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR4829W
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

The State's motion for an extension of time to file its waiver is GRANTED. The State's waiver filed on December 21, 2021 is deemed timely filed.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court